PAMELA TSAO (SBN: 266734)
ASCENSION LAW GROUP
12341 Newport Ave.
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff  MICHAEL C. KEO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. KEO, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>4950 BARRANCA MEDICAL, LLC, a limited liability company<br><br>    Defendants. | Case No.: 8:24-cv-00872-DOC-MAA<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: August 21, 2024

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Michael C. Keo

**NOTICE OF CONDITIONAL SETTLEMENT**
**8:24-CV-00872-DOC-MAA**